# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AMY CHRISTMAS, MARIA YOUNG, and KENNETH PORTER,**

        **Plaintiffs,**

**-vs-**                                          **Case No. 6:09-cv-944-Orl-22KRS**

**MAYOR'S JEWELERS OF FLORIDA, INC. and MAYOR'S JEWELERS, INC. DELAWARE,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Renewed Joint Motion for Fairness Finding and Dismissal of Case with Prejudice (Doc. No. 22) filed on September 15, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that the parties have no objections (Doc. No. 24), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 2, 2009 (Doc. No. 23) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Renewed Joint Motion for Fairness Finding and Dismissal of Case with Prejudice (Doc. No. 22) is GRANTED. The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act provisions.

3. Plaintiffs' counsel shall not withhold any portion of the proceeds payable to Plaintiffs under the settlement agreement pursuant to a contingent fee agreement or otherwise.

4. Plaintiffs' counsel shall provide a coy of this Order to each individual Plaintiff.

5. This case is DISMISSED WITH PREJUDICE.

6. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 7, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge